UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00067

**Archy P. London,**
*Plaintiff,*

v.

**Commissioner,
Social Security Administration,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On February 13, 2020, plaintiff, proceeding pro se and in forma pauperis, filed this action under 42 U.S.C. § 405(g) for judicial review of defendant's decision denying an application for disability insurance benefits. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

Defendant filed a motion to dismiss. Doc. 9. Plaintiff did not file a response. On May 12, 2020, the magistrate judge issued a report recommending that the motion to dismiss be granted and that the complaint be dismissed without prejudice. Doc. 10. Plaintiff received the report on May 20, 2020. Doc. 11. No written objections were filed.

Being satisfied that there is no clear error, the magistrate judge's report and recommendation is **adopted** as the opinion of the court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (cleaned up). The motion to dismiss is **granted** and this action is **dismissed without prejudice**.

*So ordered by the court on June 11, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge